In the Matter of SUFFOLK REGIONAL OFF-TRACK BETTING CORPORATION, Respondent-Appellant, v NEW YORK STATE RACING AND WAGERING BOARD et al., Appellants-Respondents. (And Four Other Related Proceedings.)

Submitted February 11, 2008; decided March 25, 2008

Motion by the Saratoga Harness Horsepersons' Association for leave to file a memorandum of law amicus curiae on the motions for leave to appeal herein granted and the memorandum of law is accepted as filed.